**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
ASHLEY MAE REID,

                      Plaintiff,                      22 **CIVIL** 5280 (JLC)

        -against-                         **JUDGMENT**

MARTIN O'MALLEY, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,

                      Defendant.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion & Order dated April 19, 2024, Reid's motion for judgment on the pleadings is denied. Judgment is entered for the Commissioner.

**Dated:**  New York, New York
          April 22, 2024

                                                       **RUBY J. KRAJICK**
                                                               Clerk of Court

                            **BY:**
                                                               **Deputy Clerk**